## Exhibit A to the Complaint

**Location:** Lyndhurst, NJ  
**Total Works Infringed:** 58

**IP Address:** 71.250.205.224  
**ISP:** Verizon Internet Services

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: D0DA7FAA1A2C9A7CB4560846FE21B2CEA37501BC<br>File Hash: CDEC49DFF5C64043A5223D570A0FB4D175AEEE463E9B0589EB40BD8C0C932C7C | 06-09-2021 18:11:50 | Blacked | 05-22-2021 | 06-09-2021 | PA0002295591 |
| 2 | Info Hash: 3CD99E257386DDC5B973FD7607708B1776093C43<br>File Hash: DD0DFBDFA53637D837CE79705107E47F5E01E3ED8E855C84B3FAB3C015C66A58 | 06-07-2021 23:54:53 | Blacked | 05-15-2021 | 06-09-2021 | PA0002295594 |
| 3 | Info Hash: A1E1A3C583B67DD01750FA4D4D932F440E49B6EF<br>File Hash: B6127B3C4433AB85FA51CB927297EE381F1B7FB19170BF1665D9B9A044551C5D | 05-28-2021 18:07:17 | Blacked Raw | 05-10-2021 | 06-15-2021 | PA0002296920 |
| 4 | Info Hash: 6A92ED95AA76F89E27CFF587A77FFFDE83362E81<br>File Hash: 81257EA14F9E6CD648CA3C84F68F6A91B67032FD55A247ADCA1F38514DF12A0C | 05-28-2021 18:00:07 | Blacked | 05-07-2021 | 06-09-2021 | PA0002295580 |
| 5 | Info Hash: 65A8F206141EB10A442866B90EFD0141195DDA20<br>File Hash: 3E9306A2DFC01C98D1F65460B38B737A728608CAFE5906A8C2983B26FE3CF077 | 05-20-2021 16:20:36 | Blacked Raw | 05-03-2021 | 06-15-2021 | PA0002296918 |
| 6 | Info Hash: 8172D03B189DD4C8B58C6BFD6510D55E7E01ACC2<br>File Hash: B654D19503A5FCA233FFA06A8C454330CD55D82E1D1B37EB8DAD68EF1F5D9BCD | 05-20-2021 16:20:33 | Tushy | 05-02-2021 | 06-15-2021 | PA0002296917 |
| 7 | Info Hash: B8C6CCADB727FF26D9B76490632E31735F9CBB32<br>File Hash: 33E1D840721B5A39C483C67FB09BC4DA01AED0C78101DDA40F49287706E4E76B | 05-20-2021 16:19:02 | Blacked | 05-01-2021 | 06-09-2021 | PA0002295604 |
| 8 | Info Hash: 710B65149B6003DEB4C088447741D46DFE159FAE<br>File Hash: 89A777633FD6B2E6877491E21013997B1FBC065164D73B8E44F1E58EFF3A19A6 | 05-20-2021 16:16:55 | Tushy | 04-25-2021 | 06-09-2021 | PA0002295582 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 9 | Info Hash: C00EDC1F12E5051872EB0D78C518EF755F9AB034<br>File Hash: 90C3C43060083796BF2F4730B6F8BEC9003AC66F7E40A7453C3792A1778E5035 | 05-20-2021 16:16:09 | Tushy | 04-11-2021 | 04-27-2021 | PA0002288948 |
| 10 | Info Hash: B103DC0A7CBB5DA036563274CA5BA61E65EF822F<br>File Hash: 382280A5D367505B880A44810F2F6EDF4CE0BEB72B7FD8C0D59EE24938429AB6 | 05-12-2021 13:25:49 | Blacked Raw | 04-26-2021 | 06-09-2021 | PA0002295596 |
| 11 | Info Hash: A20E3EE0978ECEE915C378D7117B7F48898E3729<br>File Hash: 862BEBF2B44FB2C6532993ADF797E366FEE37CA3299F1ACBBC5EBF5A71C74E9C | 05-10-2021 23:19:34 | Blacked | 04-24-2021 | 04-27-2021 | PA0002288981 |
| 12 | Info Hash: 1131137E07C4026A3A78DCFED97242444284D2DE<br>File Hash: 462B7D5D68F0B444C8B9207058FA80D435FF6BB40F42A5037402819D7E4846B3 | 05-10-2021 20:46:29 | Blacked Raw | 04-19-2021 | 04-27-2021 | PA0002288984 |
| 13 | Info Hash: 4E35065C343ED31FD637684CCB8A570D1B6682E5<br>File Hash: 21A3E8DEE623B88013E78B019C5BB8E6C6360358E68081C875D652020AD5FD46 | 05-04-2021 21:11:47 | Blacked | 04-17-2021 | 06-09-2021 | PA0002295585 |
| 14 | Info Hash: 83049167F980EBA8568708D98C7390661DD0F988<br>File Hash: 02A2D17061D20282FB5526660C8D3424BF1C51AD1AC861EAA1AB94BBF2E8E0E3 | 04-30-2021 21:53:19 | Blacked | 04-10-2021 | 06-09-2021 | PA0002295605 |
| 15 | Info Hash: D82FDB876FA61FBF5779B56DE254C06867BD82D4<br>File Hash: F5D43B4293E841C1705701B929D6246EC86EAF539F9CA169B5037A89C1ED85E4 | 04-30-2021 21:51:24 | Blacked Raw | 04-12-2021 | 04-27-2021 | PA0002288983 |
| 16 | Info Hash: BDBD923693B83B94EF75C1C67A9A090BB04CC440<br>File Hash: 53D7B94C5693E7FE5534D51955E1AF63DA304AA49A92BFAEDAF0D496F3C8A1B0 | 04-25-2021 22:27:43 | Blacked Raw | 04-05-2021 | 04-14-2021 | PA0002286708 |
| 17 | Info Hash: 10CFDEE71E1144008E77108D4DE50A00ACF25AF5<br>File Hash: C8643F3B09F4EB4F78D54152D455D0D42EF8B6E46AD09044DAA324389CF994A4 | 04-22-2021 16:31:28 | Blacked | 04-03-2021 | 04-14-2021 | PA0002286725 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 18 | Info Hash: F436716E467358A87CA812C874AD4FBE443ACD9C<br>File Hash: 5A9629BD9998889373B3711AE73D36AA68B5493EED9C8A9F6343DCED00AFFE51 | 04-22-2021 16:29:34 | Blacked Raw | 03-29-2021 | 04-14-2021 | PA0002286726 |
| 19 | Info Hash: B2D1BBB6FE9A273FB1E361FC982D0757F001250A<br>File Hash: A6E0B94C9614A3B3A7757C71DE16C9C3D961030583F7C8285DAD170A0F0C431B | 04-15-2021 04:16:03 | Blacked | 03-27-2021 | 04-27-2021 | PA0002288945 |
| 20 | Info Hash: 7BD06AA2867FB1FDB0B8588EEB1761B0FA76FC04<br>File Hash: B7D71613E5C9F064D8A95C7DBBCCDC5B6AE1945331A73DB395C562BCF4BEA084 | 04-09-2021 12:56:04 | Blacked Raw | 03-22-2021 | 04-14-2021 | PA0002286722 |
| 21 | Info Hash: CA39EB7944D98D9030D8B9B0F08C633D563D2FA1<br>File Hash: 164DDD23185117C3649FBE34C0C60538E8098164D97036EE2F29F041B9D88D07 | 04-06-2021 12:56:45 | Blacked | 03-20-2021 | 04-14-2021 | PA0002286724 |
| 22 | Info Hash: DB7242A1385295C654F1596BC1E47270AD41E7FE<br>File Hash: AD468CA8031D3E3A3680F1268A7CDF31AD8C53E395C66DA879B8C211D3BA5CFF | 04-01-2021 11:39:00 | Blacked Raw | 03-15-2021 | 03-22-2021 | PA0002282515 |
| 23 | Info Hash: 29080348D67D4520FB2C9CCFD74735BA94B8638B<br>File Hash: 5D8F612B4054838868FD5D92942F25A2F7315107BB3AF70DC7E661A01EF24388 | 04-01-2021 11:28:47 | Blacked | 03-13-2021 | 03-22-2021 | PA0002282509 |
| 24 | Info Hash: E721CB3522454CD23162C832B1DF12EEEF30FA66<br>File Hash: 29E9E17752C20D336B9920CBF37C14D629BB5F51B0631F551F1F7024A2AA13D1 | 03-17-2021 19:27:52 | Blacked | 02-20-2021 | 03-08-2021 | PA0002280369 |
| 25 | Info Hash: 90A1D7CB8B1164A9B39FF031F7F327E10DAF2221<br>File Hash: 4F5E9E0E11E4C06166F581F7E6719DD1E9D3DB561F994F8BD047F9AD7B9D4BED | 03-17-2021 19:19:12 | Blacked | 02-13-2021 | 02-26-2021 | PA0002283713 |
| 26 | Info Hash: 205D3A9661157A480B0F42DA64F0505A35F0A479<br>File Hash: 86DA3C4E150C892D2E27331090C9F83BEDD90B836C4BA4C2A1A16E168BFEA92F | 03-17-2021 19:18:14 | Blacked | 02-27-2021 | 03-08-2021 | PA0002280373 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 27 | Info Hash: 5B7F0EEE89CE6817AFC7F009D5124E1553047EC3<br>File Hash: 39A3C3A5CA61DD408C6102700E0F3F40A5E581C8A3835B28BACB0C0C07C3FECD | 03-11-2021 17:17:53 | Blacked Raw | 02-22-2021 | 03-08-2021 | PA0002280371 |
| 28 | Info Hash: 04F523C4024BC21973F0621FB3ED99813973B16D<br>File Hash: C0DAFE66A8B93C7744C4592E5C13BF7CA4E8F2D4E605B1F11D2AABFECF690AD3 | 03-01-2021 13:46:36 | Blacked Raw | 02-15-2021 | 03-08-2021 | PA0002280367 |
| 29 | Info Hash: D6D2B392126D182D1E11AF2DF73EA1753C0C5EE7<br>File Hash: BF8B167C5D3C3CB5CBF77297BEC09D0AFB6411B861159B1A48162BEE0674232C | 02-23-2021 15:11:36 | Blacked Raw | 02-08-2021 | 03-08-2021 | PA0002280363 |
| 30 | Info Hash: 0947F99AAFE2292BE44C6990E744B53E6FCEF2C4<br>File Hash: EB3B2C3949E88D80F70957B40CD176A502F472BB0C0A3F118F40AD66D87BDA8B | 02-22-2021 21:31:14 | Blacked | 02-06-2021 | 03-08-2021 | PA0002280372 |
| 31 | Info Hash: 12E9D5A5076916A0D0E2D2E6C76ECEC6C71B477F<br>File Hash: A2129D366B86687DFB8D81B3F6519F5DEDC39BC5C1CEBD842AA4DD68FBD40E31 | 02-15-2021 05:39:37 | Blacked | 01-09-2021 | 02-09-2021 | PA0002276152 |
| 32 | Info Hash: 8FBA9A6C3E55E2CFEA44773F0061C8DC3DDAA9B0<br>File Hash: FBE001CC5577F60E1205397DE7BB28FAB61AF9AAA7A2017CD1EB77857C8434D2 | 02-15-2021 05:35:23 | Blacked Raw | 01-18-2021 | 02-09-2021 | PA0002276148 |
| 33 | Info Hash: 522A38CB072F8BD9D9BC8FC64808A0DE4DF614B6<br>File Hash: 8C758CFDE5451507AE932D33C9653D552FE0CB7153B801DB1F731B04DC90F481 | 02-15-2021 05:31:10 | Blacked | 01-02-2021 | 01-05-2021 | PA0002269954 |
| 34 | Info Hash: F7C25BAB3537FFF2CC9A0F482F0A101B9227308B<br>File Hash: CAD724871048A36174CAAB696A5F253EC6825C81A37567B15C403C661AD15191 | 02-09-2021 03:34:31 | Blacked Raw | 01-04-2021 | 02-02-2021 | PA0002280514 |
| 35 | Info Hash: 5D1DD65222D7CE94245EA40517D2AA865C9252FF<br>File Hash: 5E273757E522059F726E0BEE18757D1A21D92F328C2BE811DDBE4F799315A5CA | 02-09-2021 03:27:13 | Blacked Raw | 01-11-2021 | 02-26-2021 | PA0002283703 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 36 | Info Hash: DBAB1E7F39F2902EC9EC600464125F93297D9C35<br>File Hash: B9FCAB0AB4145F88A2A0CCA671AF15A61EC6E1F7DFD1D4A41CD6DB3D349AA13D | 02-01-2021 06:24:44 | Blacked | 01-16-2021 | 02-09-2021 | PA0002276150 |
| 37 | Info Hash: 679785B0F37AB436579B45E14AA71B48DBC8615C<br>File Hash: 9A33C15B48621620F36F2B9B17BD682CC8A04E85E04A3FB9E7E50C18515EE903 | 01-31-2021 21:57:25 | Blacked | 01-30-2021 | 02-26-2021 | PA0002283695 |
| 38 | Info Hash: 724B637D9AD85A90C48E95BF3200FE11B4520420<br>File Hash: ABD1CF9BE94C07E7BA99AD39BA2A1F827B3E71F1677F7CFC5C5731EEFFC66D57 | 01-31-2021 21:13:43 | Blacked | 01-23-2021 | 02-09-2021 | PA0002276146 |
| 39 | Info Hash: 7FAEB84D764CE48715C6755B8FA0C48A76E0A2CD<br>File Hash: B9803794C2D1A604973910C9F742B7BF4CB5E1B5248EFA608233D33025E52805 | 01-20-2021 07:46:35 | Blacked Raw | 11-30-2020 | 01-04-2021 | PA0002277037 |
| 40 | Info Hash: D0BD7209B80B2C94170FF75E2F32AB015F15FCFC<br>File Hash: 05B778D357F0904051BCB263081A900CAF79C7FE5FC9403395709943A81646A9 | 01-17-2021 05:06:41 | Blacked | 11-21-2020 | 11-30-2020 | PA0002266354 |
| 41 | Info Hash: 34E4DA6E5D1F0861B3294B6E641601FCDB2271B9<br>File Hash: C4F26B7087B8C215108FF4593137C894F403D2940B13FE7A97453FAB61C34E23 | 12-29-2020 15:13:12 | Blacked | 12-12-2020 | 01-04-2021 | PA0002277035 |
| 42 | Info Hash: 7BED574AFA312F6831A1CDD406A5F1291515C568<br>File Hash: 0CDFAC8816AB3B68D45C3743A4C6F8B6BE16DEFDBCD039E1304DC79687B73B93 | 12-29-2020 15:07:00 | Blacked | 12-19-2020 | 01-05-2021 | PA0002269959 |
| 43 | Info Hash: 846CCA7D98DA5CADD7D4E415EBA6B2204447AC63<br>File Hash: 24E9CEB0B54A1177FC97999A606CB7847BBB97C2DD69EEFA787D67023FAD43B2 | 12-29-2020 15:04:01 | Blacked Raw | 10-19-2020 | 11-05-2020 | PA0002263389 |
| 44 | Info Hash: 2313B23C86785158E17F3BFC7FA1E7BAF8908A7B<br>File Hash: F6DC2C223735C7095C45156829763939FA9DCB15D19D61F38B1226B9B947FC0B | 12-29-2020 15:00:56 | Blacked Raw | 12-21-2020 | 01-05-2021 | PA0002269958 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 45 | Info Hash: 957F8326029DE1CDC0FBEFE8DFFF74ED3D9A5608 File Hash: DFB38683B126E2B174C9E84454E19727BAACB4FBD834B8F33BB930EEC44D0706 | 12-11-2020 05:29:18 | Blacked Raw | 12-07-2020 | 12-28-2020 | PA0002269082 |
| 46 | Info Hash: 7277A59EE15D6BCBDE93A948B151E12CD1E6DE32 File Hash: BEBFB9DC67D4A982AAD15C7CF1299B4F25FC867AC361CB0D1CF1BD5AE35C17DF | 12-11-2020 05:28:31 | Blacked | 12-05-2020 | 01-04-2021 | PA0002277031 |
| 47 | Info Hash: E286F7AA73F577065776C5D29062592717619591 File Hash: BB8C31BE21E18A2CC4F9AF12F04E4BFE930E2FE2C010CE7780EB79F2B57AB516 | 11-30-2020 20:29:01 | Blacked | 11-28-2020 | 12-28-2020 | PA0002269083 |
| 48 | Info Hash: 7305155D3B1796DF506B513F8A9E58AA7AAC6C39 File Hash: F5C15FFC929D749BB71F63C84A287BC94E20C3325091EBE2349C35BC588A6100 | 11-25-2020 22:55:04 | Blacked Raw | 11-09-2020 | 12-09-2020 | PA0002274940 |
| 49 | Info Hash: ABC0C195E2BBF84F587F37AF7EB8F746860EE8AB File Hash: D9789C10F5472D6DB4B2A8D9F8CD8E0A7C7087FA1FF2A83B2F39ADC6D3A0B691 | 11-25-2020 22:50:00 | Blacked | 11-14-2020 | 11-30-2020 | PA0002266362 |
| 50 | Info Hash: 0A9EF185B223767F424C05305222E7F14C10C734 File Hash: F949F9F17DF3AA3250701D1C97A6109FC5A82305A137E17785F82FD1E2C0F588 | 11-22-2020 17:49:50 | Blacked Raw | 11-16-2020 | 11-30-2020 | PA0002266360 |
| 51 | Info Hash: 3AB4379E04C0DE3E0E2DEC5D57D1E2734620A57F File Hash: BE3492729C0629A0CA3B64EA8DDC9C3921289208476737232A7644831F847EE7 | 11-15-2020 15:08:01 | Blacked | 11-07-2020 | 11-24-2020 | PA0002265966 |
| 52 | Info Hash: 46E9F480C2164858AD15AF7B300D187C4AB4BB9E File Hash: BD2B0360689C43E61899A19E18BD4609EA21D8DC3A51D71EE12394E88ABBB640 | 11-05-2020 04:34:47 | Blacked | 10-24-2020 | 11-05-2020 | PA0002263386 |
| 53 | Info Hash: 8A705E0A2620A2D76770FFA5C03AB5CFB80B90DC File Hash: D9D80A46E30C75292B548B9FB7B079B0CDA718926F48544AA4B707B427DEAD71 | 11-05-2020 04:29:02 | Blacked Raw | 10-12-2020 | 10-22-2020 | PA0002261809 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 54 | Info Hash: 206E513908AF5AE8D757D4D0B797F7223E75A3C3<br>File Hash: 5C7DB6F419629161D391E26C56EE2174F65BC854D45FA44B09FA0D569EBDE710 | 11-05-2020 04:28:23 | Blacked Raw | 10-05-2020 | 10-22-2020 | PA0002261806 |
| 55 | Info Hash: 090FC56A234EDD703DC3EC3ECB75989FA1D02917<br>File Hash: 222D59260952B32802128BC48A36BB788408D33F83128B2D9F48D7AE9D7B385E | 11-05-2020 04:24:00 | Blacked Raw | 11-02-2020 | 11-24-2020 | PA0002265968 |
| 56 | Info Hash: 519B912FC07154CEE0B5E2B8F3F3497D4536F516<br>File Hash: F3C5F0F912A2629A60A82F46C86E0CD2953543B7EBD73649332D4082672C9731 | 11-05-2020 04:23:28 | Blacked Raw | 09-28-2020 | 10-22-2020 | PA0002261800 |
| 57 | Info Hash: F02038ED79DADCF1634BEFA492E284250F51B663<br>File Hash: B235D62382C31D4D7381203DDF90467BFFB5FC1B05C7A43D4F2F01AA32FA95D1 | 11-01-2020 04:28:21 | Blacked | 10-31-2020 | 11-24-2020 | PA0002265967 |
| 58 | Info Hash: 552E9626096594C121A34BF2254274800177A1CA<br>File Hash: 6D1772B46B0B5AD91B7C753C1D8C1EA82E8886803D5CB64B14E7EC165BD32490 | 11-01-2020 04:25:56 | Blacked Raw | 10-26-2020 | 11-18-2020 | PA0002272624 |